JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR JARAMILLO, | Case No. SACV 15-00136-SVW (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| DAVE DAVEY, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: June 15, 2016

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE